IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Robin Michelle Godfrey                     )
                                           )
1107 N.W. Sawgrass Drive                   )
                                           )
Grain Valley, MO 64029                     )
(Enter above the full name of Plaintiff(s))  )
                                           )
vs.                                        )
                                           )
Embarq Corporation                         )   Case Number: 10CV-2094-JWL/GLR
Name                                       )   (To be assigned by Clerk)
                                           )
5454 W. 110th Street                       )
Street and number                          )
                                           )
Overland Park, KS 66211                    )
City     State        Zip Code             )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

    \_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    \_\_\_\_ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ✓ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

\_\_\_\_ Other (Describe)

_____
_____
_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
   Same
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
   October 8, 2008

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   ✓ Yes     Date filed: July 22, 2009
   \_\_\_ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓ Yes     Date filed: July 15, 2009
   \_\_\_ No

6. Have you received a Notice of Right-to-Sue Letter?
   ✓ Yes \_\_\_ No   Received November 17, 2009
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   \_\_\_ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   \_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   ✓ termination of my employment
   \_\_\_\_ failure to promote me
   ✓ failure to accommodate my disability
   \_\_\_\_ terms and conditions of my employment differ from those of similar employees
   \_\_\_\_ retaliation
   \_\_\_\_ harassment
   \_\_\_\_ reduction in wages
   \_\_\_\_ other conduct (specify):

   Did you complain about this same conduct in your charge of discrimination?
   ✓ Yes \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   \_\_\_\_ my race or color, which is _____
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   \_\_\_\_ my gender, which is \_\_\_\_\_ male; \_\_\_\_\_ female
   ✓ my disability or perceived disability, which is PTSD, spinal conditions, anxiety attacks, bipolar disorder, & osteoporosis
   \_\_\_\_ my age (my birth date is: _____)
   \_\_\_\_ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   ✓ Yes \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    Plaintiff was originally hired by Defendant's predecessor (Sprint) in May 2000. Defendant terminated Plaintiff's employment on October 8, 2008. Plaintiff was an Accountant for Defendant. Plaintiff has a history of and has been diagnosed with multiple disabling medical conditions, including bipolar disorder, post-traumatic stress disorder, anxiety attacks, vertebra compression, degenerative disc disease, arthritis, spinal fusion and osteoporosis. On November 26, 2007, Plaintiff suffered an anxiety attack while driving in heavy traffic during bad weather (which is a triggering event due to a serious accident in which Plaintiff was involved in as a young girl). Plaintiff's supervisor at that time permitted Plaintiff to work at home to accommodate Plaintiff's conditions. Thereafter, a different supervisor (who had actual knowledge of Plaintiff's medical conditions and need for accommodation) refused to accommodate Plaintiff's disabilities and on September 23, 2008 placed Plaintiff on a "final written warning" for alleged performance deficiencies which are directly related to Plaintiff's disabilities and Defendant's failure to accommodate. Defendant summarily terminated Plaintiff on October 8, 2008 for alleged "unacceptable conduct". Plaintiff was terminated for false and pretextual reasons, the true reason being Plaintiff's disabilities, or Plaintiff's record or history of disabilities, or being regarded as disabled by Defendant. Defendant also failed to reasonably accommodate Plaintiff. Plaintiff believes that Defendant terminated her employment because of her disabilities and the need and request for reasonable accommodations in violation of the federal ADA. Defendant did not act in good faith. See attached Charge Letter.

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    \_\_\_\_ are still being committed by Defendant.
    ✓ are no longer being committed by Defendant.
    \_\_\_\_ may still be being committed by Defendant.

12. Plaintiff:
    \_\_\_\_ still works for Defendant
    ✓ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ✓ Yes   \_\_\_\_ No
    Explain: Defendant failed to acknowledge and accomodate Plaintiff's request for reasonable accomodations. See attached charge letter.

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
\_\_\_\_ Defendant be directed to employ Plaintiff
\_\_\_\_ Defendant be directed to re-employ Plaintiff
\_\_\_\_ Defendant be directed to promote Plaintiff
\_\_\_\_ Defendant be directed to _____
✓ Injunctive relief (please explain): To prohibit Defendant from continuing to discriminate against employees based on disability and failing to reasonably accomodate employees with disabilities.
✓ Monetary damages (please explain): Full back pay and benefits, amount of COBRA premiums in excess of amount that would have been paid.
✓ Costs and fees involved in litigating this case
✓ As additional relief to make Plaintiff whole, Plaintiff seeks: Compensatory damages, punitive damages, compensation for the adverse tax consequences of a multiple-year lump sum back pay award received/paid in a single tax year; front pay in lieu of reinstatement

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 16th day of February, 2010

Signature of Plaintiff
Robin Michelle Godfrey
Name (Print or Type)
1107 NW Sawgrass Drive
Address
Grain Valley, MO 64029
City State Zip Code
(816) 867-5040
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita ☐, Kansas City ☑ or Topeka ☐ ), Kansas as the location for the trial in this matter. (check one location)

_Robin M. Godfrey_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☑ yes ☐ no .
(check one)

_Robin M. Godfrey_
Signature of Plaintiff

Dated: 2/16/2010
(Rev. 8/07)

5

## Additional Information

See attached Charge Letter.

EEOC Form 161 (2/08)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Robin M. Godfrey<br>1107 N.W. Sawgrass Drive<br>Grain Valley, MO 64029 | From: | Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue<br>Kansas City, KS 66101 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2009-02009 | Khalifah Hatten,<br>Investigator | (913) 551-5846 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☒ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Billie I. Ashton,
Director

11/12/09 *(Date Mailed)*

cc:  **EMBARQ MANAGEMENT COMPANY**
5454 W 110th St
Overland Park, KS 66211

Jeffrey Bruce
P.O. Box 797
Overland Park, KS 64012

Enclosure with EEOC
Form 161 (2/08)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 -- *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 563-2009-02009 |

_____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): ROBIN M. GODFREY
**HOME TELEPHONE** (Include Area Code): 816-686-3703
**STREET ADDRESS**: 1107 N.W. SAWGRASS DR.
**CITY, STATE AND ZIP CODE**: GRAIN VALLEY MO 64029
**DATE OF BIRTH**: 

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: EMBARQ
**NUMBER OF EMPLOYEES, MEMBERS**: >500+
**TELEPHONE** (Include Area Code):
**STREET ADDRESS**: 5454 W. 110th ST.
**CITY, STATE AND ZIP CODE**: OVERLAND PARK KS 66211
**COUNTY**: JOHNSON (KS)

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST / LATEST: 10-08-2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

SEE ATTACHED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/03/2009
Charging Party (Signature): Robin M Godfrey

NOTARY — (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

## EEOC CHARGE OF DISCRIMINATION

**CHARGING PARTY:**   ROBIN M. GODFREY

**RESPONDENT:**       EMBARQ

I. Charging Party (CP) was originally hired by Respondent's predecessor (Sprint) in May 2000. Respondent terminated CP's employment on October 8, 2008. CP was an Accountant for Respondent. CP has a history of and has been diagnosed with multiple disabling medical conditions, including bipolar disorder, post-traumatic stress disorder, anxiety attacks, vertebra compression, degenerative disc disease, arthritis, spinal fusion and osteoporosis. On November 26, 2007, CP suffered an anxiety attack while driving in heavy traffic during bad weather (which is the triggering event due to a serious accident in which CP was involved in as a young girl). CP's supervisor at that time permitted CP to work at home to accommodate CP's conditions. Thereafter, a different supervisor (who had actual knowledge of CP's medical conditions and need for accommodation) refused to accommodate CP's disabilities and on September 23, 2008 placed CP on a "final written warning" for alleged performance deficiencies which are directly related to CP's disabilities and Respondent's failure to accommodate. Respondent summarily terminated CP on October 8, 2008 for alleged "unacceptable conduct". CP was terminated for false and pretextual reasons, the true reason being CP's disabilities, or CP's record or history of disabilities, or being regarded as disabled by Respondent. Respondent also failed to reasonably accommodate CP. CP believes that Respondents terminated her employment because of her disability in violation of the federal ADA. Respondent did not act in good faith.

II. As a remedy, CP requests compensation for back pay (lost wages and fringe benefits, including all subsequent increases or raises); front pay in lieu of reinstatement; compensatory damages for emotional distress and humiliation; compensation for actual damages incurred; compensation for the adverse tax consequences of a multiple-year lump sum back pay award received/paid in a single tax year; punitive damages; attorney's fees and expenses; the costs of this proceeding; injunctive relief to prohibit Respondents from continuing to discriminate against employees based on disability and failing to reasonably accommodate employees with disabilities; and all other remedies available under law or equity which the Commission deems just and proper.

2009 JUL 15 PM 12:01   KANSAS CITY AREA OFFICE   RECEIVED EEOC
2009 JUL 15 PM 12:15   KANSAS CITY AREA OFFICE   RECEIVED EEOC

Received  07-14-09  01:38pm       From-816 322 7402       To-EEOC       Page 003