

# Fax

6/9/2010

| | |
|---|---|
| From: | Robin Godfrey |
| Phone: | 816-867-5040 |
| Fax: | 816-867-5040 |
| | |
| To: | Court Clerk's Office |
| Phone: | 913-735-2200 |
| Fax: | 913-735-2485 |
| Company Name: | Kansas District Courts |

**Comments:**

Re: Case No.: 10CV-2094-JWL/GLR

Voluntary Dismissal Notice attached, please file to dismiss/close case. If there are any questions, please contact me at the number listed below.

Thank you.

Robin M. Godfrey

816-867-5040

[x] Urgent   [x] For Review   [ ] Please Comment   [ ] Please Reply   [ ] Please Recycle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Robin Michelle Godfrey** <br> **1107 N.W. Sawgrass Drive** <br> **Grain Valley, MO 64029,** <br>    **Plaintiff,** <br>   vs. <br> **Embarq Corporation** <br> **5454 W. 110th Street** <br> **Overland Park, KS 66211,** <br>    **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) <br> ) Case Number: 10CV-2094-JWL/GLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Robin Michelle Godfrey, showing that defendant, Embarq Corporation, has not filed a responsive pleading or motion for summary judgment, hereby dismisses the case filed on February 16, 2010 without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: June 9, 2010

            Robin Michelle Godfrey
            1107 N.W. Sawgrass Drive
            Grain Valley, MO 64029
            (816) 867-5040
            Robinmgodfrey06@sbcglobal.net